**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose MIRAMONTES–GARCIA,**
**Defendant–Appellant.**

No. 06–10301.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 19, 2007.

Timothy Francisco Andrews, Office of the U.S. Attorney, Yuma, AZ, for Plaintiff–Appellee.

Jose Miramontes–Garcia, Florence, AZ, pro se.

David S. Eisenberg, Phoenix, AZ, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

MEMORANDUM **

Jose Miramontes–Garcia appeals from his guilty-plea conviction and 63–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a), as enhanced by (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Miramontes–Garcia has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal. Because Miramontes–Garcia waived his right to appeal the conviction and the sentence imposed, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.** The appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.